**<u>Exhibit A</u>**

## CERTIFICATION PURSUANT TO ORDER COMPELLING BROKERAGE FIRMS' COMPLIANCE WITH VARIOUS REGULATORY REQUIREMENTS

Pursuant to the *Order Compelling Brokerage Firms' Compliance with Various Regulatory Requirements* [Dkt. No. 609] (the "Order")[1] entered in *In re: Sorrento Therapeutics, Inc., et al.*, Case No. 23-90085 (DRJ) (Bankr. S.D.T.X.), the undersigned as the authorized signatory of Bank of America Securities Inc., hereby certifies that, to the best of the undersigned's knowledge and based upon a reasonable records search, as of the date specified below:

Prior to the issuance of the Order and as of the date of this Certification, of Bank of America Securities Inc. had processed the entitlement to all Dividended Scilex Stock on its books and records so that it was reflected in each applicable customer's account. Bank of America Securities, Inc., hereby reserves its rights to amend, modify or supplement this Certification.

Pursuant to the Order, attached hereto is a report detailing as to each customer account, on an anonymous basis, the number of shares of Dividended Scilex Stock processed, and the market price of Scilex stock as of the close of markets on May 22, 2023. The stock price was obtained from internal systems that reflect a price that is the same as the price reported at close of market by NASDAQ and reflects a price for Scilex stock that is not subject to a trading restriction. The price reported in this Certification may be different than the actual price of the applicable stock, and is incorporated into the report for compliance and illustrative purposes only.

Executed under penalty of perjury, this 1st day of June 2023.

Bank of America Securities, Inc.

By: Christopher Awe
Title: Assistant Vice President/Ops Professional MKTS

---

[1] Capitalized words but not otherwise defined shall have the meanings ascribed to such terms in the Order.

| SECURITY IDENTIFIER | ACCOUNT ID | CUR | LONG QUANTITY | L/S | Value COB 5/22/2023 Price/Share |
|---|---|---|---|---|---|
| 80880W106 | A17 | USD | 972,080.0000 | L | $7.84 |
| 80880W106 | A21 | USD | 74,946.0000 | L | $7.84 |
| 80880W106 | A30 | USD | 87,414.0000 | L | $7.84 |
| 80880W106 | A32 | USD | 34.0000 | L | $7.84 |
| 80880W106 | A33 | USD | 54,348.0000 | L | $7.84 |
| 80880W106 | A34 | USD | 13,482.0000 | L | $7.84 |
| 80880W106 | A36 | USD | 18,726.0000 | L | $7.84 |
| 80880W106 | A39 | USD | -294,119.0000 | S | $7.84 |
| 80880W106 | A40 | USD | -881,507.0000 | S | $7.84 |
| 80880W106 | A41 | USD | -128.0000 | S | $7.84 |
| 80880W106 | A43 | USD | -1,046,898.0000 | S | $7.84 |
| 80880W106 | A56 | USD | -1,911.0000 | S | $7.84 |
| 80880W106 | A57 | USD | -10,341.0000 | S | $7.84 |
| 80880W106 | A59 | USD | -15,237.0000 | S | $7.84 |
| 80880W106 | A65 | USD | -85,959.0000 | S | $7.84 |
| 80880W106 | A69 | USD | -3,979.0000 | S | $7.84 |
| 80880W106 | A70 | USD | -156,539.0000 | S | $7.84 |
| 80880W106 | A76 | USD | 1,046,898.0000 | L | $7.84 |
| 80880W106 | A82 | USD | -113,419.0000 | S | $7.84 |
| 80880W106 | A84 | USD | -10.0000 | S | $7.84 |
| 80880W106 | A89 | USD | 4.0000 | L | $7.84 |
| 80880W106 | A90 | USD | 1.0000 | L | $7.84 |
| 80880W106 | A94 | USD | 1,796.0000 | L | $7.84 |
| 80880W106 | A95 | USD | 362,572.0000 | L | $7.84 |
| 80880W106 | A96 | USD | -23,223.0000 | S | $7.84 |
| 80880W106 | A97 | USD | -132,320.0000 | S | $7.84 |
| 80880W106 | A98 | USD | 102,100.0000 | L | $7.84 |
| 80880W106 | A99 | USD | -136,272.0000 | S | $7.84 |
| 80880W106 | A100 | USD | -1.0000 | S | $7.84 |
| 80880W106 | A102 | USD | 289.0000 | L | $7.84 |
| 80880W106 | A3019 | USD | 154.0000 | L | $7.84 |
| 80880W106 | A3021 | USD | 845.0000 | L | $7.84 |
| 80880W106 | A3022 | USD | -435.0000 | SNL | $7.84 |
| 80880W106 | A3023 | USD | 4,637.0000 | L | $7.84 |
| 80880W106 | A3025 | USD | 702.0000 | L | $7.84 |
| 80880W106 | A3531 | USD | 259.0000 | L | $7.84 |
| 80880W106 | A4454 | USD | -8.0000 | SNL | $7.84 |
| 80880W106 | A4455 | USD | 159,314.0000 | L | $7.84 |
| 80880W106 | A4457 | USD | -111,724.0000 | S | $7.84 |
| 80880W106 | A4458 | USD | 113,429.0000 | L | $7.84 |