**<u>Exhibit D</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Sorrento Therapeutics, Inc., et al. | § § | Case No. 23-90085 (DRJ) |
| Debtors. | § § § | (Jointly Administered) |

**SUBMISSION OF MORGAN STANLEY PURSUANT TO
THE COURT'S AMENDED ORDER OF MAY 23, 2023**

**TO THE HONORABLE COURT:**

Morgan Stanley and Morgan Stanley & Co., LLC (collectively "Morgan Stanley") submits its certification and report pursuant to this Court's Amended Order of May 23, 2023, as follows:

1. Morgan Stanley has credited all Dividended Scilex Stock to its customers' accounts and submits its certification, attached hereto as Exhibit A, with a report detailing as to each customer account, on an anonymous basis, the number of shares of Dividended Scilex Stock credited.

2. The report reflects (i) the number of shares credited to accounts having long positions in Scilex stock, (ii) the number of shares owing to Morgan Stanley, primarily by accounts having short positions, (iii) the number of shares that have been lent to Morgan Stanley to cover account holders' short positions and (iv) the number of shares held by Morgan Stanley's transfer agent (Depot Holdings).

3. Morgan Stanley reserves their right to amend or supplement their submissions.

Respectfully submitted,

**DOYLE RESTREPO HARVIN & ROBBINS, L.L.P.**

By: */s/ Andrew R. Harvin*
Andrew R. Harvin
State Bar No. 09187900
aharvin@drhrlaw.com
The Lyric Centre
440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

**ATTORNEY FOR RESPONDENTS
MORGAN STANLEY AND MORGAN
STANLEY & CO., LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 2, 2023, a true and correct copy of the foregoing document was served by the electronic case filing system for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Andrew R. Harvin*
Andrew R. Harvin

2

# **EXHIBIT A**

**MORGAN STANLEY'S CERTIFICATION AND REPORT**

## CERTIFICATION

Pursuant to the Order [Dkt. No. 609] (the "Order")[1] entered in *In re: Sorrento Therapeutics, Inc., et al.*, Case No. 23-90085 (DRJ) (Bankr. S.D.T.X.), the undersigned as authorized signatory of Morgan Stanley & Co. ("Morgan Stanley") hereby certifies that, to the undersigned's knowledge, as of this second day of June, 2023:

a. Pursuant to Section 2(a) of the Order, Morgan Stanley has credited all Dividended Scilex Stock to its customers' accounts and hereby attaches its report detailing as to each customer account, on an anonymous basis, the number of shares of Dividended Scilex Stock credited.

b. The Dividended Scilex Stock is restricted and therefore not freely tradable. Therefore, at present, Morgan Stanley has not priced the shares. Morgan Stanley reserves all rights with regard to ongoing pricing considerations of the restricted Dividended Scilex Stock.

Executed under penalty of perjury, this second day of June, 2023.

By: *[signature]*

Printed Name: Philip Mackenzie
Title: Executive Director
Address: 1300 Thames Street, Baltimore

---

[1] Capitalized words used but not otherwise defined shall have the meaning ascribed to such terms in the Order.

## EXHIBIT A

**LONG Positions**                                         Breakdown

| Account Number | Allocated Stock OutTurn (808CNT018) |
|---|---|
| 1 | 1,195.00 |
| 2 | 6,851.00 |
| 3 | 220 |
| 4 | 53 |
| 5 | 4,698.00 |
| 6 | 27,247.00 |
| 7 | 91 |
| 8 | 4,096.00 |
| 9 | 19,294.00 |
| 10 | 244 |
| 11 | 421 |
| 12 | 59,005.00 |
| 13 | 25,257.00 |
| 14 | 668 |
| 15 | 255 |
| 16 | 5,672.00 |
| 17 | 1,791.00 |
| 18 | 3,559.00 |
| 19 | 402 |
| 20 | 15,805.00 |
| 21 | 197 |
| 22 | 569 |
| 23 | -169 |
| 24 | 12,931.00 |
| 25 | 149 |
| 26 | 4,384.00 |
| 27 | 1,188.00 |
| 28 | 5,284.00 |
| 29 | 109 |
| 30 | 30 |
| 31 | -34 |
| 32 | 950 |
| 33 | 1 |
| 34 | 34 |
| 35 | 1 |
| 36 | 7,619.00 |
| 37 | 564,050.00 |
| 38 | 215 |
| 39 | 39,294.00 |
| 40 | 210 |
| 41 | 514 |
| 42 | 46,463.00 |
| 43 | 2,768.00 |
| 44 | 8,172.00 |
| 45 | -79 |
| 46 | 137 |
| Total | 871,811.00 |

| Breakdown | |
|---|---|
| Long Positions | 871,811 |
| Oweables (Short + Fails) | -2,619,201 |
| Stock Lending | 2,448,997 |
| Depot Holdings | -701,607 |
| Total | 0.00 |

**OWABLES (SHORT)**

| Account Number | Allocated Stock OutTurn (808CNT018) |
|---|---|
| 47 | -30,157.00 |
| 48 | -253 |
| 49 | -70 |
| 50 | -20,961.00 |
| 51 | -19,819.00 |
| 52 | -8,314.00 |
| 53 | -728 |
| 54 | -83,165.00 |
| 55 | -18,670.00 |
| 56 | -871 |
| 57 | -15,743.00 |
| 58 | -52,066.00 |
| 59 | -1,050.00 |
| 60 | -13,188.00 |
| 61 | -84,642.00 |
| 62 | -201 |
| 63 | -11,937.00 |
| 64 | -9,966.00 |
| 65 | -639,309.00 |
| 66 | -10,011.00 |
| 67 | -54,658.00 |
| 68 | -21,913.00 |
| 69 | -8,164.00 |
| 70 | -721,473.00 |
| 71 | -53,800.00 |
| 72 | -215,324.00 |
| 73 | -11,154.00 |
| 74 | -216,169.00 |
| 75 | -42 |
| 76 | -1,138.00 |
| 77 | -1,736.00 |
| 78 | -10,408.00 |
| 79 | -223 |
| 80 | -4,272.00 |
| 81 | -137 |
| 82 | 0 |
| 83 | -570 |
| 84 | -841 |
| 85 | -5,189.00 |
| 86 | -4,950.00 |
| 87 | -23,512.00 |
| 88 | 0 |
| 89 | -959 |
| 90 | -10,109.00 |
| 91 | -2,672.00 |
| 92 | 1,991.00 |
| 93 | -1,105.00 |
| 94 | -593 |
| 95 | 3,302.00 |
| 96 | -33,284.00 |

| | | |
|---|---|---:|
| 97 | | 0 |
| 98 | | -10,390.00 |
| 99 | | -60,918.00 |
| 100 | | 0 |
| 101 | | -127 |
| 102 | | -119,564.00 |
| 103 | | -2,369.00 |
| 104 | | -2,044.00 |
| 105 | | -514 |
| 106 | | -1,024.00 |
| 107 | | -2028 |
| | Total | -2,619,201.00 |

**STOCK LENDING**

| Account Number | Allocated Stock OutTurn (808CNT018) |
|---|---:|
| 108 | 4,018.00 |
| 109 | 1,304,127.00 |
| 110 | 76,062.00 |
| 111 | 196,910.00 |
| 112 | 37,749.00 |
| 113 | 68,489.00 |
| 114 | 4,406.00 |
| 115 | 9,179.00 |
| 116 | 344,451.00 |
| 117 | 191,763.00 |
| 118 | 211,843.00 |
| Total | 2,448,997.00 |

**DEPOT HOLDINGS (@ Transfer Agent)**

| Account Number | Allocated Stock OutTurn (808CNT018) |
|---|---:|
| 119 | -137,340.00 |
| 120 | -564,265.00 |
| 121 | -2 |
| Total | -701,607.00 |

| Account Number | Allocated Stock OutTurn (808CNT018) |
|---|---:|
| 1 | 21,160.00 |
| 2 | 97,438.00 |
| 3 | 1,195.00 |
| 4 | 6,851.00 |
| 5 | -30,157.00 |
| 6 | -253 |
| 7 | 220 |
| 8 | -70 |
| 9 | 53 |
| 10 | 4,698.00 |
| 11 | -20,961.00 |
| 12 | -19,819.00 |
| 13 | 27,247.00 |
| 14 | -8,314.00 |
| 15 | 91 |
| 16 | 4,096.00 |
| 17 | 19,294.00 |
| 18 | -728 |
| 19 | -83,165.00 |
| 20 | 244 |
| 21 | -18,670.00 |
| 22 | 421 |
| 23 | -871 |

| Account Number | Allocated Stock OutTurn (808CNT018) |
|---|---:|
| 24 | 0 |
| 25 | -97,438.00 |
| 26 | -21,160.00 |
| 27 | 59,005.00 |
| 28 | 25,257.00 |
| 29 | -15,743.00 |
| 30 | -52,066.00 |
| 31 | 668 |
| 32 | 255 |
| 33 | 5,672.00 |
| 34 | -1,050.00 |
| 35 | -13,188.00 |
| 36 | -84,642.00 |
| 37 | -201 |
| 38 | -11,937.00 |
| 39 | 1,791.00 |
| 40 | -9,966.00 |
| 41 | 3,559.00 |
| 42 | 12,084.00 |
| 43 | -12,084.00 |
| 44 | 402 |
| 45 | 15,805.00 |
| 46 | -639,309.00 |
| 47 | -10,011.00 |

| | |
|---|---:|
| 48 | 197 |
| 49 | 569 |
| 50 | -169 |
| 51 | -54,658.00 |
| 52 | -21,913.00 |
| 53 | -8,164.00 |
| 54 | -721,473.00 |
| 55 | -53,800.00 |
| 56 | -215,324.00 |
| 57 | -11,154.00 |
| 58 | 12,931.00 |
| 59 | -216,169.00 |
| 60 | 149 |
| 61 | -1,024.00 |
| 62 | 39,294.00 |
| 63 | -2,369.00 |
| 64 | 514 |
| 65 | -514 |
| 66 | 2,768.00 |
| 67 | -2,044.00 |
| 68 | -119,564.00 |
| 69 | 46,463.00 |
| 70 | 8,172.00 |
| 71 | 210 |
| 72 | -42 |
| 73 | -1,138.00 |
| 74 | -1,736.00 |
| 75 | 4,384.00 |
| 76 | 1,188.00 |
| 77 | -137 |
| 78 | -10,408.00 |
| 79 | 5,284.00 |
| 80 | 109 |
| 81 | -223 |
| 82 | 30 |
| 83 | -34 |
| 84 | 950 |
| 85 | -4,272.00 |
| 86 | 0 |
| 87 | -570 |
| 88 | -841 |
| 89 | -5,189.00 |
| 90 | -4,950.00 |
| 91 | -23,512.00 |
| 92 | 0 |
| 93 | 1 |
| 94 | -959 |
| 95 | -10,109.00 |
| 96 | 34 |
| 97 | -2,672.00 |
| 98 | 1,991.00 |
| 99 | -1,105.00 |

| | |
|---|---:|
| 100 | -593 |
| 101 | 3,302.00 |
| 102 | -33,284.00 |
| 103 | 0 |
| 104 | 1 |
| 105 | -10,390.00 |
| 106 | -60,918.00 |
| 107 | 0 |
| 108 | -127 |
| 109 | 7,619.00 |
| 110 | -137,340.00 |
| 111 | 2,452,006.00 |
| 112 | -210 |
| 113 | -2,736.00 |
| 114 | -2,035.00 |

| Account Number | Allocated Stock OutTurn (808CNT018) |
|---|---:|
| 115 | 564,050.00 |
| 116 | 215 |
| 117 | 1,024.00 |
| 118 | -39,294.00 |
| 119 | 2,369.00 |
| 120 | -514 |
| 121 | 514 |
| 122 | -2,768.00 |
| 123 | 2,044.00 |
| 124 | 119,564.00 |
| 125 | -46,463.00 |
| 126 | -8,172.00 |
| 127 | -210 |
| 128 | -119,564.00 |
| 129 | 39,294.00 |
| 130 | -2,369.00 |
| 131 | -2,044.00 |
| 132 | 210 |
| 133 | -514 |
| 134 | 514 |
| 135 | 46,463.00 |
| 136 | -1,024.00 |
| 137 | 2,768.00 |
| 138 | -93,923.00 |
| 139 | 93,923.00 |
| 140 | 8,172.00 |
| 141 | -79 |
| 142 | 137 |
| 143 | -564,265.00 |
| 144 | -2 |
| 145 | -56 |

| Allocation | Client Category | Account/Type | External? | Allocated Stock OutTurn (808CNT018) |
|---|---|---|---|---|
| | | | | -18 |
| Allocated | IG | 1 | | 2,452,006.00 |
| Allocated | CC | 2 | | 210 |
| Allocated | CC | 3 | | 2,736.00 |
| Allocated | TR | 4 | | -2,452,006.00 |
| Allocated | IG | 5 | | -2,947.00 |
| | | 6 | | -19 |
| Allocated | BD | 7 | External | 4,018.00 |
| Allocated | IN | 8 | External | 1,304,127.00 |
| Allocated | IN | 9 | External | 76,062.00 |
| Allocated | IG | 10 | | 56 |
| Allocated | IN | 11 | External | 196,910.00 |
| Allocated | IC | 12 | External | 37,749.00 |
| Allocated | IN | 13 | External | 68,489.00 |
| Allocated | IN | 14 | External | 4,406.00 |
| Allocated | IN | 15 | External | 9,179.00 |
| Allocated | IN | 16 | External | 344,451.00 |
| Allocated | IN | 17 | External | 191,763.00 |
| Allocated | IN | 18 | External | 211,843.00 |
| Allocated | IC | 19 | | 2,947.00 |
| Allocated | IG | 20 | | -2,452,006.00 |
| | | 21 | | 0 |
| Allocated | TR | 22 | | 56 |
| Allocated | IG | 23 | | 2,947.00 |
| Allocated | IG | 24 | | -56 |
| Allocated | IC | 25 | | -2,947.00 |