**Exhibit F**

## CERTIFICATION PURSUANT TO ORDER COMPELLING BROKERAGE FIRMS' COMPLIANCE WITH VARIOUS REGULATORY REQUIREMENTS

Pursuant to the *Amended Order Compelling Brokerage Firms' Compliance with Various Regulatory Requirements* [Dkt. No. 681] (the "Order")[1] entered in *In re: Sorrento Therapeutics, Inc., et al.*, Case No. 23-90085 (DRJ) (Bankr. S.D.T.X.), the undersigned as authorized signatory for purposes of this Certification of UBS AG, UBS Financial Services Inc., and UBS Securities LLC (collectively, "UBS"), hereby certifies that, to the undersigned's knowledge, as of this ___ day of June, 2023:

> a. Pursuant to Section 2(a) of the Order, UBS credited all Dividended Scilex Stock to their customers' accounts and hereby attaches the report hereto detailing as to each customer account, on an anonymous basis, the number of shares of Dividended Scilex Stock credited and quoted price of such stock on a real time quotation basis.

Executed under penalty of perjury, this 6th day of June, 2023.

By: _____
Printed Name: Mary Chamulak-Oszustowicz
Title: Executive Director – UBS Financial Services Inc.
Address: 1000 Harbor Blvd 6th Floor, Weehawken NJ 07086

By: _____
Printed Name: DHAVAL PAREKH
Title: DIRECTOR - UBS SECURITIES LLC
Address: 315 DEADRICK STREET, NASHVILLE - TN - 37238

**SIGNATURE GUARANTEED**
**MEDALLION GUARANTEED**
UBS FINANCIAL SERVICES INC.
*UBS Financial Services Inc.*
( OPZ001 )          AUTHORIZED SIGNATURE
                    Z 0 0 0 2 2 1 2
NYSE, INC. MEDALLION SIGNATURE PROGRAM



**SIGNATURE GUARANTEED**
**MEDALLION GUARANTEED**
UBS SECURITIES LLC
                    AUTHORIZED SIGNATURE
( STA128 )          Z 0 0 0 0 1 1 7
NYSE, INC. MEDALLION SIGNATURE PROGRAM

---

[1] Capitalized words used but not otherwise defined shall have the meanings ascribed to such terms in the Order.
157690401

UBS AG Stamford Branch

| Accounts | Rate | New Qty | Closing Share Price (as of 6/5/23) |
|---|---|---|---|
| Account 1 | 0.141013 | -326,391.00 | $7.87 |
| Account 2 | 0.141013 | 353,929.00 | $7.87 |
| Account 3 | 0.141013 | -20,315.00 | $7.87 |
| Account 4 | 0.141013 | 12,874.00 | $7.87 |
| Total | | 20,097 | |

UBS Securities LLC

| Accounts | Rate | New Qty | Closing Share Price (as of 6/5/23) |
|---|---|---|---|
| Account 1 | 0.141013 | 455 | $7.87 |
| Account 2 | 0.141013 | 1255 | $7.87 |
| Account 3 | 0.141013 | -70506 | $7.87 |
| Account 4 | 0.141013 | 70497 | $7.87 |
| Account 5 | 0.141013 | 70506 | $7.87 |
| Account 6 | 0.141013 | -230 | $7.87 |
| Account 7 | 0.141013 | 17655 | $7.87 |
| Account 8 | 0.141013 | 1 | $7.87 |
| Account 9 | 0.141013 | 15257 | $7.87 |
| Account 10 | 0.141013 | -17655 | $7.87 |
| Account 11 | 0.141013 | -42716 | $7.87 |
| Account 12 | 0.141013 | -31805 | $7.87 |
| Account 13 | 0.141013 | 230 | $7.87 |
| Total | | 12,944.00 | |

UBS Financial Services

| Accounts | Rate | New Qty |
|---|---|---|
| Account 1 | 0.141013 | 2 |
| Account 2 | 0.141013 | 1,410 |
| Account 3 | 0.141013 | 423 |
| Account 4 | 0.141013 | 84 |
| Account 5 | 0.141013 | 141 |
| Account 6 | 0.141013 | 380 |
| Account 7 | 0.141013 | 14 |
| Account 8 | 0.141013 | 21 |
| Account 9 | 0.141013 | 352 |
| Account 10 | 0.141013 | 211 |
| Account 11 | 0.141013 | 28 |
| Account 12 | 0.141013 | 564 |
| Account 13 | 0.141013 | 1,128 |
| Account 14 | 0.141013 | 31 |
| Account 15 | 0.141013 | 493 |
| Account 16 | 0.141013 | 141 |
| Account 17 | 0.141013 | 141 |
| Account 18 | 0.141013 | 211 |
| Account 19 | 0.141013 | 141 |

| Account 20 | 0.141013 | 564 |
| Account 21 | 0.141013 | 282 |
| Account 22 | 0.141013 | 282 |
| Account 23 | 0.141013 | 42 |
| Account 24 | 0.141013 | 141 |
| Account 25 | 0.141013 | 211 |
| Account 26 | 0.141013 | 282 |
| Account 27 | 0.141013 | 141 |
| Account 28 | 0.141013 | 282 |
| Account 29 | 0.141013 | 141 |
| Account 30 | 0.141013 | 211 |
| Account 31 | 0.141013 | 846 |
| Account 32 | 0.141013 | 282 |
| Account 33 | 0.141013 | 40 |
| Account 34 | 0.141013 | 197 |
| Account 35 | 0.141013 | 70 |
| Account 36 | 0.141013 | 141 |
| Account 37 | 0.141013 | 874 |
| Account 38 | 0.141013 | 8 |
| Account 39 | 0.141013 | 282 |
| Account 40 | 0.141013 | 1,410 |
| Account 41 | 0.141013 | 282 |
| Account 42 | 0.141013 | 352 |
| Account 43 | 0.141013 | 2,284 |
| Account 44 | 0.141013 | 1,945 |
| Account 45 | 0.141013 | 141 |
| Account 46 | 0.141013 | 423 |
| Account 47 | 0.141013 | 225 |
| Account 48 | 0.141013 | 282 |
| Account 49 | 0.141013 | 70 |
| Account 50 | 0.141013 | 141 |
| Account 51 | 0.141013 | 56 |
| Account 52 | 0.141013 | 1,692 |
| Account 53 | 0.141013 | 84 |
| Account 54 | 0.141013 | 423 |
| Account 55 | 0.141013 | 84 |
| Account 56 | 0.141013 | 141 |
| Account 57 | 0.141013 | 141 |
| Account 58 | 0.141013 | 282 |
| Account 59 | 0.141013 | 70 |
| Account 60 | 0.141013 | 705 |
| Account 61 | 0.141013 | 1,410 |
| Account 62 | 0.141013 | 141 |
| Account 63 | 0.141013 | 987 |
| Account 64 | 0.141013 | 5,640 |
| Account 65 | 0.141013 | 56 |
| Account 66 | 0.141013 | 141 |
| Account 67 | 0.141013 | 380 |
| Account 68 | 0.141013 | 282 |
| Account 69 | 0.141013 | 352 |

| | | |
|---|---|---|
| Account 70 | 0.141013 | 141 |
| Account 71 | 0.141013 | 211 |
| Account 72 | 0.141013 | 141 |
| Account 73 | 0.141013 | 84 |
| Account 74 | 0.141013 | 169 |
| Account 75 | 0.141013 | 22,562 |
| Account 76 | 0.141013 | 42 |
| Account 77 | 0.141013 | 116 |
| Account 78 | 0.141013 | 70 |
| Account 79 | 0.141013 | 28 |
| Account 80 | 0.141013 | 2,397 |
| Account 81 | 0.141013 | 705 |
| Account 82 | 0.141013 | 105 |
| Account 83 | 0.141013 | 141 |
| Account 84 | 0.141013 | 78 |
| Account 85 | 0.141013 | 28 |
| Account 86 | 0.141013 | 112 |
| Account 87 | 0.141013 | 56 |
| Account 88 | 0.141013 | 423 |
| Account 89 | 0.141013 | 100 |
| Account 90 | 0.141013 | 70 |
| Account 91 | 0.141013 | 70 |
| Account 92 | 0.141013 | 1,128 |
| Account 93 | 0.141013 | 352 |
| Account 94 | 0.141013 | 70 |
| Account 95 | 0.141013 | 70 |
| Account 96 | 0.141013 | 70 |
| Account 97 | 0.141013 | 5 |
| Account 98 | 0.141013 | 141 |
| Account 99 | 0.141013 | 282 |
| Account 100 | 0.141013 | 141 |
| Account 101 | 0.141013 | 42 |
| Account 102 | 0.141013 | 56 |
| Account 103 | 0.141013 | 1,410 |
| Account 104 | 0.141013 | 1,410 |
| Account 105 | 0.141013 | 1,410 |
| Account 106 | 0.141013 | 14 |
| Account 107 | 0.141013 | 253 |
| Account 108 | 0.141013 | 14 |
| Account 109 | 0.141013 | 14 |
| Account 110 | 0.141013 | 40 |
| Account 111 | 0.141013 | 141 |
| Account 112 | 0.141013 | 28 |
| Account 113 | 0.141013 | 28 |
| Account 114 | 0.141013 | 14 |
| Account 115 | 0.141013 | 14 |
| Account 116 | 0.141013 | 56 |
| Account 117 | 0.141013 | 141 |
| Account 118 | 0.141013 | 211 |
| Account 119 | 0.141013 | 70 |

| | | |
|---|---|---:|
| Account 120 | 0.141013 | 169 |
| Account 121 | 0.141013 | 98 |
| Account 122 | 0.141013 | 211 |
| Account 123 | 0.141013 | 42 |
| Account 124 | 0.141013 | 84 |
| Account 125 | 0.141013 | 282 |
| Account 126 | 0.141013 | 705 |
| Account 127 | 0.141013 | 535 |
| Acount 128 | 0.141013 | 42 |
| Account 129 | 0.141013 | 63 |
| Account 130 | 0.141013 | 366 |
| Account 131 | 0.141013 | 76 |
| Account 132 | 0.141013 | 141 |
| Account 133 | 0.141013 | 70 |
| Account 134 | 0.141013 | 564 |
| Account 135 | 0.141013 | 183 |
| Account 136 | 0.141013 | 14 |
| Account 137 | 0.141013 | 42 |
| Account 138 | 0.141013 | 70 |
| Account 139 | 0.141013 | 705 |
| Account 140 | 0.141013 | 1,410 |
| Account 141 | 0.141013 | 3,384 |
| Account 142 | 0.141013 | 282 |
| Account 143 | 0.141013 | 564 |
| Account 144 | 0.141013 | 28 |
| Account 145 | 0.141013 | 123 |
| Account 146 | 0.141013 | 59 |
| Account 147 | 0.141013 | 141 |
| Account 148 | 0.141013 | 141 |
| Account 149 | 0.141013 | 282 |
| Account 150 | 0.141013 | 423 |
| Account 151 | 0.141013 | 3,199 |
| Account 152 | 0.141013 | 28 |
| Account 153 | 0.141013 | 141 |
| Account 154 | 0.141013 | 70 |
| Account 155 | 0.141013 | 141 |
| Account 156 | 0.141013 | 70 |
| Account 157 | 0.141013 | 6,063 |
| Account 158 | 0.141013 | 20,940 |
| Account 159 | 0.141013 | 7,050 |
| Account 160 | 0.141013 | 63 |
| Account 161 | 0.141013 | 641 |
| Account 162 | 0.141013 | 42 |
| Account 163 | 0.141013 | 282 |
| Account 164 | 0.141013 | 705 |
| Account 165 | 0.141013 | 56 |
| Account 166 | 0.141013 | 1,466 |
| Account 167 | 0.141013 | 2,679 |
| Account 168 | 0.141013 | 70 |
| Account 169 | 0.141013 | 21 |

| | | |
|---|---|---|
| Account 170 | 0.141013 | 634 |
| Account 171 | 0.141013 | 211 |
| Account 172 | 0.141013 | 1,269 |
| Account 173 | 0.141013 | 141 |
| Account 174 | 0.141013 | 141 |
| Account 175 | 0.141013 | 1,931 |
| Account 176 | 0.141013 | 141 |
| Account 177 | 0.141013 | 14 |
| Account 178 | 0.141013 | 211 |
| Account 179 | 0.141013 | 56 |
| Account 180 | 0.141013 | 211 |
| Account 181 | 0.141013 | 21 |
| Account 182 | 0.141013 | 141 |
| Account 183 | 0.141013 | 42 |
| Account 184 | 0.141013 | 28 |
| Account 185 | 0.141013 | 141 |
| Account 186 | 0.141013 | 141 |
| Account 187 | 0.141013 | 211 |
| Account 188 | 0.141013 | - |
| Account 189 | 0.141013 | 28 |
| Account 190 | 0.141013 | 14 |
| Account 191 | 0.141013 | 7 |
| Account 192 | 0.141013 | 275 |
| Account 193 | 0.141013 | 3 |
| Acocount 194 | 0.141013 | 28 |
| Account 195 | 0.141013 | 1 |
| Account 196 | 0.141013 | 1 |
| Account 197 | 0.141013 | 141 |
| Account 198 | 0.141013 | 14 |
| Account 199 | 0.141013 | 70 |
| Account 200 | 0.141013 | 52 |
| Account 201 | 0.141013 | 5 |
| Account 202 | 0.141013 | 5 |
| Account 203 | 0.141013 | 7 |
| Account 204 | 0.141013 | 2,115 |
| Account 205 | 0.141013 | 22 |
| Account 206 | 0.141013 | 70 |
| Account 207 | 0.141013 | 133 |
| Account 208 | 0.141013 | 4 |
| Account 209 | 0.141013 | 35 |
| Account 210 | 0.141013 | 16 |
| Account 211 | 0.141013 | 477 |
| Account 212 | 0.141013 | 141 |
| Account 213 | 0.141013 | 282 |
| Account 214 | 0.141013 | 141 |
| Account 215 | 0.141013 | 14 |
| Account 216 | 0.141013 | 42 |
| Account 217 | 0.141013 | 28 |
| Account 218 | 0.141013 | 70 |
| Account 219 | 0.141013 | 28 |

| Account 220 | 0.141013 | 84 |
|---|---|---|
| Account 221 | 0.141013 | 141 |
| Account 222 | 0.141013 | 282 |
| Account 223 | 0.141013 | 141 |
| Account 224 | 0.141013 | 70 |
| Account 225 | 0.141013 | 282 |
| Account 226 | 0.141013 | 352 |
| Account 227 | 0.141013 | 39 |
| Account 228 | 0.141013 | 70 |
| Account 229 | 0.141013 | 35 |
| Account 230 | 0.141013 | 70 |
| Account 231 | 0.141013 | 141 |
| Account 232 | 0.141013 | 14 |
| Account 233 | 0.141013 | 56 |
| Account 234 | 0.141013 | 188 |
| Account 235 | 0.141013 | 2 |
| Account 236 | 0.141013 | 141 |
| Account 237 | 0.141013 | 423 |
| Account 238 | 0.141013 | 141 |
| Account 239 | 0.141013 | 8,460 |
| Account 240 | 0.141013 | 173 |
| Account 241 | 0.141013 | 705 |
| Account 242 | 0.141013 | 70 |
| Account 243 | 0.141013 | 71 |
| Account 244 | 0.141013 | 282 |
| Account 245 | 0.141013 | 338 |
| Account 246 | 0.141013 | 282 |
| Account 247 | 0.141013 | 352 |
| Account 248 | 0.141013 | 282 |
| Account 249 | 0.141013 | 282 |
| Account 250 | 0.141013 | 59 |
| Account 251 | 0.141013 | 141 |
| Account 252 | 0.141013 | 239 |
| Account 253 | 0.141013 | 846 |
| Account 254 | 0.141013 | 2,820 |
| Account 255 | 0.141013 | 211 |
| Account 256 | 0.141013 | 141 |
| Account 257 | 0.141013 | 423 |
| Account 258 | 0.141013 | 141 |
| Account 259 | 0.141013 | 169 |
| Account 260 | 0.141013 | 282 |
| Account 261 | 0.141013 | 105 |
| Account 262 | 0.141013 | 846 |
| Account 263 | 0.141013 | 141 |
| Account 264 | 0.141013 | 141 |
| Account 265 | 0.141013 | 705 |
| Account 266 | 0.141013 | 1,269 |
| Account 267 | 0.141013 | 423 |
| Account 268 | 0.141013 | 423 |
| Account 269 | 0.141013 | 211 |

| | | |
|---|---|---:|
| Account 270 | 0.141013 | 45 |
| Account 271 | 0.141013 | 282 |
| Account 272 | 0.141013 | 141 |
| Account 273 | 0.141013 | 148 |
| Acount 274 | 0.141013 | 56 |
| Account 275 | 0.141013 | 282 |
| Account 276 | 0.141013 | 141 |
| Account 277 | 0.141013 | 141 |
| Account 278 | 0.141013 | 423 |
| Account 279 | 0.141013 | 7 |
| Account 280 | 0.141013 | 70 |
| Account 281 | 0.141013 | 1,410 |
| Account 282 | 0.141013 | 1,410 |
| Account 283 | 0.141013 | 211 |
| Account 284 | 0.141013 | 49 |
| Account 285 | 0.141013 | 423 |
| Account 286 | 0.141013 | 705 |
| Account 287 | 0.141013 | 70 |
| Account 288 | 0.141013 | 71 |
| Account 289 | 0.141013 | 282 |
| Account 290 | 0.141013 | 70 |
| Account 291 | 0.141013 | 70 |
| Account 292 | 0.141013 | 28 |
| Account 293 | 0.141013 | 403 |
| Account 294 | 0.141013 | 564 |
| Account 295 | 0.141013 | 2,639 |
| Account 296 | 0.141013 | 2,643 |
| Account 297 | 0.141013 | 3,102 |
| Account 298 | 0.141013 | 564 |
| Account 299 | 0.141013 | 282 |
| Account 300 | 0.141013 | 42 |
| Account 301 | 0.141013 | 70 |
| Account 302 | 0.141013 | 70 |
| Account 303 | 0.141013 | 42 |
| Account 304 | 0.141013 | 14 |
| Account 305 | 0.141013 | 141 |
| Account 306 | 0.141013 | 423 |
| Account 307 | 0.141013 | 141 |
| Account 308 | 0.141013 | 16 |
| Account 309 | 0.141013 | 14 |
| Account 310 | 0.141013 | 3,587 |
| Account 311 | 0.141013 | 70 |
| Account 312 | 0.141013 | 564 |
| Account 313 | 0.141013 | 28 |
| Account 314 | 0.141013 | 91 |
| Account 315 | 0.141013 | 352 |
| Account 316 | 0.141013 | 7 |
| Account 317 | 0.141013 | 197 |
| Account 318 | 0.141013 | 352 |
| Account 319 | 0.141013 | 282 |

| | | |
|---|---|---:|
| Account 320 | 0.141013 | 98 |
| Account 321 | 0.141013 | 141 |
| Account 322 | 0.141013 | 1,762 |
| Account 323 | 0.141013 | 15 |
| Account 324 | 0.141013 | 44 |
| Account 325 | 0.141013 | - |
| Account 326 | 0.141013 | 14 |
| Account 327 | 0.141013 | - |
| Account 328 | 0.141013 | 2 |
| Account 329 | 0.141013 | 219 |
| Account 330 | 0.141013 | 28 |
| Account 331 | 0.141013 | 56 |
| Account 332 | 0.141013 | 70 |
| Account 333 | 0.141013 | 14 |
| Account 334 | 0.141013 | 6 |
| Account 335 | 0.141013 | 23 |
| Account 336 | 0.141013 | 25 |
| Account 337 | 0.141013 | 141 |
| Account 338 | 0.141013 | 70 |
| Account 339 | 0.141013 | 28 |
| Account 340 | 0.141013 | 19 |
| Account 341 | 0.141013 | 14 |
| Account 342 | 0.141013 | 14 |
| Account 343 | 0.141013 | 14 |
| Account 344 | 0.141013 | 14 |
| Account 345 | 0.141013 | 28 |
| SBL | | 8 |
| Frac | | 102 |
| **Total** | | **182,220** |