**Exhibit H**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>Sorrento Therapeutics, Inc., *et al.*,<br>　　　　　　　Debtors. | Chapter 11<br>Case No. 23-90085 (DRJ)<br>(Jointly Administered) |

**RESPONSE OF NON-PARTY STATE STREET BANK AND TRUST CO. TO
ORDER COMPELLING BROKERAGE FIRMS' COMPLIANCE WITH VARIOUS
REGULATORY REQUIREMENTS**
(Docket No. 594)

Non-Party State Street Bank and Trust Company ("State Street") provides herewith as Exhibit 1 information responsive to Paragraph 2a of the Court's Order Compelling Brokerage Firms' Compliance with Various Regulatory Requirements (Docket No. 594) (the "Order"). State Street notes that Exhibit 1 does not include certain shares of "Dividended Scilex Stock" (CUSIP 808CNT018) owned by custody clients but that are on loan to borrowers in State Street's agency securities lending program. Where clients participating in such lending program had shares of Scilex common stock on loan (to State Street's principal securities lending program or to third party borrowers), at the time the dividend was issued the "Dividended Scilex Stock" was automatically added to the existing loans of Scilex common stock, which is consistent with standard industry practice. Furthermore, where custody clients that are also borrowers in State Street's principal securities lending program had borrowed shares of Scilex common stock, at the time the dividend was issued the "Dividended Scilex Stock" was automatically added to their borrowed shares, which also is consistent with standard industry practice. The loaned and borrowed "Dividended Scilex Stock" are reflected as owed to or from the relevant customer

account but cannot be recalled or returned at this time because it continues to be restricted and untradeable in the general market, and thus cannot be returned and delivered to a lending customer's account.

State Street has not marked to market any "Dividended Scilex Stock" because such stock continues to be restricted and untradeable. State Street typically uses third-party vendor pricing for market-traded CUSIPs. For the "Dividended Scilex Stock," which continues to be restricted and untradeable on the market, State Street does not independently price such stock; each holder may direct State Street, as custodian of such assets, on the price for such CUSIP. State Street notes that the related CUSIP, SCLX, closed at $5.95 on May 31, 2023.

State Street further provides herewith as Exhibit 2 the Certification of Myriam Piervil in response to Paragraph 2e of the Court's Order.

Dated: June 6, 2023

Respectfully Submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Ross E. Firsenbaum*
Ross E. Firsenbaum (*pro hac vice* pending)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 295-6323
Email: ross.firsenbaum@wilmerhale.com

*Counsel to Non-Party State Street Bank and Trust Company*

# EXHIBIT 1

| Customer Account | Shares Credited |
| --- | --- |
| Client 001 | 34884 |
| Client 002 | 6173 |
| Client 003 | 132 |
| Client 004 | 4168 |
| Client 005 | 692896 |
| Client 006 | 34079 |
| Client 007 | 28034 |
| Client 008 | 52 |
| Client 009 | 2433 |
| Client 010 | 98 |
| Client 011 | 13079 |
| Client 012 | 54 |
| Client 013 | 338 |
| Client 014 | 31431 |
| Client 015 | 187330 |
| Client 016 | 118 |
| Client 017 | 10950 |
| Client 018 | 7466 |
| Client 019 | 10125 |
| Client 020 | 7302 |
| Client 021 | 5932 |
| Client 022 | 18528 |
| Client 023 | 45194 |
| Client 024 | 747 |
| Client 025 | 10045 |
| Client 026 | 154 |
| Client 027 | 4504 |
| Client 028 | 3936 |
| Client 029 | 21079 |
| Client 030 | 3439 |
| Client 031 | 32288 |
| Client 032 | 16361 |
| Client 033 | 58112 |
| Client 034 | 3137 |
| Client 035 | 6373 |
| Client 036 | 12173 |
| Client 037 | 55627 |
| Client 038 | 172815 |
| Client 039 | 496 |
| Client 040 | 264 |
| Client 041 | 1610 |
| Client 042 | 6434 |
| Client 043 | 493 |
| Client 044 | 1104 |
| Client 045 | 388 |

| Customer Account | Shares Credited |
|---|---|
| Client 046 | 3238 |
| Client 047 | 1832 |
| Client 048 | 12241 |
| Client 049 | 1156 |
| Client 050 | 8717 |
| Client 051 | 1 |
| Client 052 | 31863 |
| Client 053 | 7790 |
| Client 054 | 1144 |
| Client 055 | 19986 |
| Client 056 | 1847 |
| Client 057 | 10138 |
| Client 058 | 2 |
| Client 059 | 42518 |
| Client 060 | 2394 |
| Client 061 | 4 |
| Client 062 | 28889 |
| Client 063 | 535539 |
| Client 064 | 3 |
| Client 065 | 34921 |
| Client 066 | 9583 |
| Client 067 | 8498 |
| Client 068 | 73 |
| Client 069 | 99274 |
| Client 070 | 6 |
| Client 071 | 3507815 |
| Client 072 | 45036 |
| Client 073 | 2520 |
| Client 074 | 210503 |
| | |
| Total Shares Credited: | 6179906 |

Information Classification: Confidential

# **EXHIBIT 2**

**CERTIFICATION PURSUANT TO ORDER COMPELLING BROKERAGE FIRMS' COMPLIANCE WITH VARIOUS REGULATORY REQUIREMENTS**

Pursuant to the *Order Compelling Brokerage Firms' Compliance with Various Regulatory Requirements* [Dkt. No. 594] (the "Order")[1] entered in *In re: Sorrento Therapeutics, Inc., et al.*, Case No. 23-90085 (DRJ) (Bankr. S.D. Tex.), the undersigned as authorized signatory of State Street Bank and Trust Co. ("State Street"), hereby certifies that, to the undersigned's knowledge, as of this 6th day of June, 2023:

    a. Pursuant to Section 2(a) of the Order, State Street has credited all Dividended Scilex Stock to its customers' accounts and hereby attaches the report hereto detailing as to each customer account, on an anonymous basis, the number of shares of Dividended Scilex Stock credited, with the exception (as described in the accompanying Response) of certain shares of Dividended Scilex Stock that are on loan to borrowers in State Street's agency and principal securities lending programs (which loaned shares are reflected as owed to or from the relevant customer account but cannot be recalled or returned at this time because such stock continues to be restricted and untradable in the general market, and thus cannot be returned and delivered to a lending customer's account).

Executed under penalty of perjury, this 6th day of June, 2023.

By: *Myriam Piervil* (signature)
Printed Name: Myriam Piervil
Title: Managing Director
Address: State Street Bank and Trust Company
1776 Heritage Drive
North Quincy, MA 02171

---

[1] Capitalized words used but not otherwise defined shall have the meanings ascribed to such terms in the Order.