United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SORRENTO THERAPEUTICS, INC., *et al.*[1] | § | Case No. 23-90085 (DRJ) |
| Debtors. | § | (Jointly Administered) |
| | § | |
| OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS, | § | |
| Plaintiff. | § | Adversary Proceeding No. 23-03106 |
| v. | § | |
| BANK OF AMERICA SECURITIES, INC., MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO., LLC, PERSHING LLC, NATIONAL FINANCIAL SERVICES LLC, STATE STREET BANK AND TRUST COMPANY, AND UBS SECURITIES LLC, | § | |
| Defendants. | § | |

**ORDER REGARDING DEFENDANTS' EMERGENCY MOTION FOR CONVERSION OF THE JUNE 27, 2023 EVIDENTIARY HEARING INTO STATUS CONFERENCE**

[Relates to Docket No. 10]

The Court has considered the *Defendants' Emergency Motion for Conversion of the June 27, 2023 Evidentiary Hearing Into Status Conference* (the "***Motion***"). The Court finds no cause exists to grant the Motion. Accordingly, it is therefore **ORDERED THAT**:

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

1

1. The Motion is DENIED.

2. The evidentiary hearing presently set for June 27, 2023 at 9:30 a.m. (Central Time) will continue as scheduled unless the parties jointly submit an order under Rule 65(b)(2) extending the Court's TRO.

**Signed: June 21, 2023.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE