IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SORRENTO THERAPEUTICS, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-90085 (DRJ)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA SECURITIES, INC., MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO., LLC, PERSHING LLC, NATIONAL FINANCIAL SERVICES LLC, STATE STREET BANK AND TRUST COMPANY, AND UBS SECURITIES LLC,<br><br>　　　　　　　　　　Defendants. | Adv. Proc. No. 23-03106 |

**J.P. MORGAN SECURITIES LLC's NOTICE OF
COMPLIANCE WITH JUNE 14, 2023 ORDER AND RESERVATION OF RIGHTS**

　　J.P. Morgan Securities LLC ("JPMS LLC") files this *Notice of Compliance with June 14, 2023 Order and Reservation of Rights*, and in support would show as follows:

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

### Notice of Compliance With June 14, 2023 Order

1. Pursuant to the Court's June 14, 2023 Order in the above-captioned adversary proceeding [Dkt. No. 7] (the "Order"), JPMS LLC hereby files the declaration of Michael Kelleher attached hereto as Exhibit 1.

### Reservation of Rights

2. By complying with the Court's Order, JPMS LLC does not waive any applicable privileges, immunities, or defenses, including defenses to this Court's jurisdiction, or its right to dispute the legal and factual claims asserted by the Equity Committee. For the avoidance of doubt, JPMS LLC does not consent to the entry of final orders by the Court and reserves all of its rights in that regard, including its right to a jury. JPMS LLC further reserves the right to amend this notice and the declaration attached hereto as necessary to preserve its rights, to seek any and all relief to which it is entitled, and to object to any further relief sought the Equity Committee.

Dated:  June 22, 2023
Houston, Texas

Respectfully submitted,

*/s/ Alicia F. Castro*
Alicia F. Castro
Texas Bar No. 24069705
Simon R. Mayer
Texas Bar No. 24060243

**LOCKE LORD LLP**
2800 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
(713) 226-1200 (telephone)
(713) 223-3717 (facsimile)
acastro@lockelord.com
simon.mayer@lockelord.com

ATTORNEYS FOR J.P. MORGAN SECURITIES LLC

## CERTIFICATE OF SERVICE

      I certify that on June 22, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on parties registered for such service in this adversary proceeding.

                                         */s/ Simon R. Mayer*
                                         Simon R. Mayer