IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SORRENTO THERAPEUTICS, INC., *et al.*[1] | § | Case No. 23-90085 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS, | § | |
| | § | |
| Plaintiff. | § | Adversary Proceeding No. 23-03106 |
| | § | |
| v. | § | |
| | § | |
| BANK OF AMERICA SECURITIES, INC., MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO., LLC, PERSHING LLC, NATIONAL FINANCIAL SERVICES LLC, STATE STREET BANK AND TRUST COMPANY, AND UBS SECURITIES LLC, | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF UGYEN SASS PURSUANT TO JUNE 14, 2023
TEMPORARY RESTRAINING ORDER**

Pursuant to the *Temporary Restraining Order s* [Dkt. No.7] (the "Order") entered in the above-captioned Adversary Proceeding, the undersigned as authorized signatory of National Financial Services LLC ("NFS") hereby declares that:

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

1

1.  NFS has conducted a reasonable investigation for information regarding transactions in Dividended Scilex Stock and Scilex Common Stock from the issuance of Dividended Scilex Stock on January 19, 2023, to the present (the "Relevant Period"). Based on this investigation, NFS states as follows:

2.  Paragraph 1(f) of the Order requires Defendants to "provide an accounting of all profits received from the naked-short selling of Dividended Scilex Stock and Scilex Common Stock, including all interest charged to short-sellers, within five (5) business days of the entry of this Order." NFS has not engaged in or to its knowledge facilitated any naked-short sales of Dividended Scilex Stock or Scilex Common Stock during the Relevant Period. Accordingly, NFS hereby reports based on its reasonable investigation that it has received no such profits on account of such activity during the Relevant Period.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2023.         By: *Ugyen Sass*
                                                Name: Ugyen Sass
                                                Title:  Senior Vice President
                                                        National Financial Services LLC
                                                        88 Black Falcon
                                                        First Floor, East Side, Suite 167
                                                        Boston MA 02210