IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SORRENTO THERAPEUTICS, INC., *et al.*<br><br>Debtors. | § Chapter 11<br>§<br>§<br>§ Case No. 23-90085 (DRJ)<br>§<br>§ (Jointly Administered)<br>§ |
| OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS,<br><br>Plaintiff.<br><br>v.<br><br>BANK OF AMERICA SECURITIES, INC., MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO., LLC, PERSHING LLC, NATIONAL FINANCIAL SERVICES LLC, STATE STREET BANK AND TRUST COMPANY, AND UBS SECURITIES LLC, | §<br>§<br>§<br>§ Adversary Proceeding No. 23-03106<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DECLARATION OF MATT COLLINS**
**PURSUANT TO TEMPORARY RESTRAINING ORDER**

Pursuant to the Temporary Restraining Order [Dkt. No. 7] (the "Order")[1] entered in the above-captioned proceeding, the undersigned, as authorized signatory of Morgan Stanley & Co. LLC ("Morgan Stanley"), hereby declares as follows:

1. Morgan Stanley has conducted a reasonable investigation for information regarding transactions in Dividended Scilex Stock and Scilex Common Stock from the issuance of Dividended Scilex Stock on January 19, 2023, to the present (the "Relevant Period"). Based on this investigation, Morgan Stanley states as follows:

2. Paragraph 1(f) of the Order requires Defendants to "provide an accounting of all profits received from the naked-short selling of Dividended Scilex Stock and Scilex Common Stock, including all interest charged to short-sellers, within five (5) business days of the entry of this Order." Morgan Stanley has not engaged in or to its knowledge facilitated any naked-short sales of Dividended Scilex Stock or Scilex Common Stock during the Relevant Period. Accordingly, Morgan Stanley hereby reports based on its reasonable investigation that it has received no such profits on account of such activity during the Relevant Period.

---

[1] Capitalized words used but not otherwise defined shall have the meanings ascribed to such terms in the Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2023

By: _____

Matt Collins

Managing Director, Institutional Equities Division, Co-Head of Trading for Securities Lending and DSP in North America

1585 Broadway, New York, New York 10019