IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-90085 (DRJ) |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS, | Adv. Proc. No. 23-03106 |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA SECURITIES, INC., MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO., LLC, PERSHING LLC, NATIONAL FINANCIAL SERVICES LLC, STATE STREET BANK AND TRUST COMPANY, AND UBS SECURITIES LLC, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Official Committee of Equity Securities Holders (the "Equity Committee") hereby gives notice of dismissal as to Defendant State Street Bank and Trust Company ("State Street"), as follows:

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

1. On June 12, 2023, the Equity Committee filed the Complaint seeking a Declaratory Judgment and Injunctive Relief [Docket No. 1] in the above-captioned Adversary Proceeding.

2. State Street has not served an answer or a motion for summary judgment.

3. The Equity Committee hereby confirms with written notice that it has voluntarily dismissed the Complaint in the above-captioned Adversary Proceeding without prejudice as against State Street.

Dated: July 19, 2023

Respectfully submitted,

**GLENN AGRE BERGMAN & FUENTES LLP**

*/s/ Andrew K. Glenn*
Andrew K. Glenn (*pro hac vice*)
Kurt A. Mayr (*pro hac vice*)
Shai Schmidt (*pro hac vice*)
Richard C. Ramirez (*pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1601
Email: aglenn@glennagre.com
kmayr@ glennagre.com
sschmidt@glennagre.com
rramirez@glennagre.com

*Counsel to Official Committee of Equity Securities Holders*

**Certificate of Service**

      I certify that on July 19, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on parties registered for such service in this adversary proceeding.

                                                      */s/ Andrew K. Glenn*
                                                      Andrew K. Glenn