IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SORRENTO THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-90085 (DRJ) |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS, | Adv. Proc. No. 23-03106 |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA SECURITIES, INC., MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO., LLC, PERSHING LLC, NATIONAL FINANCIAL SERVICES LLC, STATE STREET BANK AND TRUST COMPANY, AND UBS SECURITIES LLC, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
AND FED. R. BANKR. P. 7041**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable

by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Official Committee of Equity

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: Sorrento Therapeutics, Inc. (4842) and Scintilla Pharmaceuticals, Inc. (7956). The Debtors' service address is: 4955 Directors Place, San Diego, CA 92121.

Securities Holders (the "Equity Committee") hereby gives notice of dismissal without prejudice of the above-captioned adversary proceeding (the "Adversary Proceeding") as follows:

1. On June 12, 2023, the Equity Committee initiated the Adversary Proceeding by the filing of a Complaint. *See* Adv. Dkt. No. 1. The Complaint sought declaratory judgment and injunctive relief.

2. The Complaint named as defendants Bank of America Securities, Inc., Merrill, Lynch, Pierce, Fenner & Smith Incorporated, J.P. Morgan Securities LLC, Morgan Stanley & Co., LLC, National Financial Services LLC, Pershing LLC, State Street Bank and Trust Company, and UBS Securities LLC (each a "Defendant" and, collectively, the "Defendants").[2]

3. No Defendant has served an answer or a motion for summary judgment.

4. The Equity Committee hereby confirms with written notice that it has voluntarily dismissed without prejudice the Adversary Proceeding as against all Defendants.

[*Signature Page Follows*]

---

[2] State Street Bank and Trust Company was subsequently dismissed without prejudice from the Adversary Proceeding. *See* Adv. Dkt. No. 64.

Dated:  July 28, 2023

                                       Respectfully submitted,

**GLENN AGRE BERGMAN & FUENTES LLP**

*/s/ Andrew K. Glenn*
Andrew K. Glenn (*pro hac vice*)
Kurt A. Mayr (*pro hac vice*)
Shai Schmidt (*pro hac vice*)
Richard C. Ramirez (*pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
kmayr@ glennagre.com
sschmidt@glennagre.com
rramirez@glennagre.com

*Counsel to Official Committee of Equity Securities Holders*

**Certificate of Service**

      I certify that on July 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on parties registered for such service in this adversary proceeding.

                                    */s/ Andrew K. Glenn*
                                    Andrew K. Glenn